AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
SEP 21 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| Charlton Bradshaw | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 5:14cv619-DAE |
| William Stephens | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   The Court ADOPTS the Magistrate Judge's Report and Recommendation (Dkt. # 22), GRANTS Respondent's Motion to Dismiss (Dkt. # 16), and DENIES Bradshaw's Petition for Writ of Habeas Corpus (Dkt. # 1). The Court DENIES a certificate of appealability in this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   David A. Ezra

Date: 09/21/2015

CLERK OF COURT

_____, Amy Jackson
Signature of Clerk or Deputy Clerk